IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORA and CLAY WOLPH, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

ACER AMERICA CORPORATION,

Defendant.

No. C 09-01314 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on September 4, 2009 on Defendant's motion to dismiss. Plaintiffs filed an opposition to this motion that exceeds the page limits allowed by this Court's Standing Order, which provides that "All briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required." *See* Standing Order, ¶ 6. Therefore, the Court STRIKES Plaintiffs' opposition brief. Plaintiffs shall file an opposition in compliance with the Court's Standing Order by no later than July 23, 2009. Defendant shall file a reply brief by no later than July 30, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE