DANIEL L. WARSHAW (Bar No. 185365)
    dwarshaw@pswplaw.com
BOBBY POUYA (Bar No. 245527)
    bpouya@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

MICHAEL P. LEHMANN (Bar No. 77152)
    mlehmann@hausfeldllp.com
**HAUSFELD, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>              Defendant. | CASE NO. CV-09-01314 JSW<br><br>(Assigned to the Honorable Jeffrey S. White)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS; AND**<br><br>**DECLARATION OF DANIEL L. WARSHAW IN SUPPORT THEREOF**<br><br>[Complaint Filed: March 25, 2009]<br><br>Trial Date:          None |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1    WHEREAS, on May 4, 2009 Defendant ACER AMERICA CORPORATION

2    ("ACER") filed a Motion to Dismiss Plaintiffs' Class Action Complaint pursuant to

3    Federal Rule of Civil Procedure 12(b)(6).  *See*, Docket No. 16.  The hearing date

4    was set for June 11, 2009 before the Honorable Maria-Elena James;

5

6    WHEREAS on May 5, 2009 this action was reassigned to the Honorable

7    Vaughn R. Walker.  *See*, Docket No. 19.  On May 26, 2009, Judge Walker

8    continued the Motion to Dismiss to August 27, 2009 at 10:00 a.m.  *See,* Docket No.

9    23;

10

11    WHEREAS on June 15, 2009 Judge Walker continued the Motion to Dismiss

12    from August 27, 2009 to September 3, 2009 at 10:00 a.m.  *See,* Docket No. 27;

13

14    WHEREAS on June 30, 2009 this action was reassigned to the Honorable

15    Jeffrey S. White.  *See*, Docket No. 33;

16

17    WHEREAS on July 9, 2009 the Court issued an Order setting the briefing

18    schedule and hearing date on ACER'S Motion to Dismiss.  The hearing date was

19    reset for September 4, 2009.  *See,* Docket No. 40;

20

21    WHEREAS, the parties through their attorneys of record have met and

22    conferred and pursuant to Civil Local Rule 6-2 due to the scheduling conflicts of

23    Plaintiffs' counsel, the parties hereby stipulate to continue the hearing date on

24    Defendant ACER'S Motion to Dismiss one week; and

25

26    / / /

27    / / /

28    / / /

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record that the hearing date on ACER'S Motion to Dismiss shall be continued to September 11, 2009 at 9:00 a.m.

DATED: July 23, 2009

**PEARSON, SIMON, WARSHAW & PENNY, LLP**
DANIEL L. WARSHAW
BOBBY POUYA

**HAUSFELD, LLP**
MICHAEL P. LEHMANN

By: _____/s/_____
       DANIEL L. WARSHAW
Attorneys for Plaintiffs and the Proposed Class

DATED: July 23, 2009

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____/s/_____
       CHAD A. STEGEMAN
Attorneys for Defendant ACER AMERICA CORPORATION

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER] TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

## DECLARATION OF DANIEL L. WARSHAW

Daniel L. Warshaw declares:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner in the firm of Pearson, Simon, Warshaw & Penny, LLP, attorneys of record for Plaintiffs LORA WOLPH and CLAY WOLPH.  I am the attorney principally responsible for the handling of this matter.  I am personally familiar with the facts set forth in this declaration.  If called as a witness I could and would competently testify to the matters stated herein.

2.      This Declaration is made in support of the parties Stipulation to Continue the hearing regarding Defendant ACER AMERICA CORPORATION'S ("ACER") Motion to Dismiss ("hearing") pursuant to Civil Local Rule 6-2(a). Neither party has previously requested a continuance of the hearing.

3.      Due to the multiple reassignments and continuances of the hearing, the parties were unable to meet and confer regarding counsels' availability of the September 4, 2009 hearing date.  Counsel from both my firm, Pearson, Simon, Warshaw & Penny, LLP and Hausfeld, LLP have calendar conflicts on September 4, 2009.  The parties do not anticipate that the one week continuance of the hearing will necessitate the modification of the Initial Case Management Conference currently set for September 18, 2009 at 1:30 p.m.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2009, at Sherman Oaks, California.


_____/s/_____
Daniel L. Warshaw

STIPULATION AND [PROPOSED ORDER] TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS

## <u>ORDER</u>

Pursuant to the parties' Stipulation to Continue Defendant ACER AMERICA CORPORATION'S Motion to Dismiss, it is hereby ordered that the hearing is continued to September 11, 2009 at 9:00 a.m.  This order does not alter the deadline for Defendant's reply brief.

DATED:  July <u>28</u>, 2009

_____
Honorable Jeffrey S. White

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403