1  CHAD A. STEGEMAN (SBN 225745)
   (cstegeman@akingump.com)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, Suite 1500
3  San Francisco, CA  94104
   Telephone:      (415) 765-9500
4  Facsimile:      (415) 765-9501

5  JAMES J. SCHESKE (*admitted pro hac vice*)
   (jscheske@akingump.com)
6  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   5300 West 6th Street, Suite 2100
7  Austin, Texas 78701
   Telephone:      (512) 499-6200
8  Facsimile:      (512) 499-6290

9  Attorneys for Defendant Acer America Corporation

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

| LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated, | Case No. CV 09 1314 JSW |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| ACER AMERICA CORPORATION, a California corporation, | |
| Defendant. | |

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

   **Court Processes:**
   ☐     Non-binding Arbitration (ADR L.R. 4)
   ☐     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
   ☒     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. CV 09 1314 JSW

**Private Process:**
☐   Private ADR (*please identify process and provider*) _____

_____
_____

The parties agree to hold the ADR session by:

☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒   other requested deadline   within six months of the defendant's answer to the Complaint

DATED: August 31, 2009            **PEARSON, SIMON, WARSHAW & PENNY, LLP**
                                  DANIEL L. WARSHAW
                                  BOBBY POUYA

                                  **HAUSFELD, LLP**
                                  MICHAEL P. LEHMANN


                                  By:        /s/
                                       DANIEL L. WARSHAW
                                  Attorneys for Plaintiffs and the Proposed Class

DATED: August 31, 2009            **AKIN GUMP STRAUSS HAUER & FELD LLP**


                                  By:        /s/
                                       CHAD A. STEGEMAN
                                  Attorneys for Defendant ACER AMERICA
                                  CORPORATION

   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Daniel L. Warshaw.

DATED: August 31, 2009            **AKIN GUMP STRAUSS HAUER & FELD LLP**


                                  By:        /s/
                                       CHAD A. STEGEMAN
                                  Attorneys for Defendant ACER AMERICA
                                  CORPORATION

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ Other: mediation shall commence within six months following Defendant's answer to the operative complaint._____

**IT IS SO ORDERED.**

DATED: September 2__, 2009

_____
Jeffrey S. White
United States District Court Judge

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. CV 09 1314 JSW