IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ACER AMERICA CORPORATION,

    Defendant.

No. C 09-01314 JSW

**ORDER VACATING HEARING**

The motion to dismiss filed by defendant Acer America Corporation is currently set for hearing on Friday, September 11, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 11, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: September 10, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE