1  DANIEL L. WARSHAW (Bar No. 185365)
   dwarshaw@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   15165 Ventura Boulevard, Suite 400
3  Sherman Oaks, CA 91403
   Telephone: (818) 788-8300
4  Facsimile:  (818) 788-8104

5  MICHAEL P. LEHMANN (Bar No. 77152)
   mlehmann@hausfeldllp.com
6  **HAUSFELD, LLP**
   44 Montgomery Street, Suite 3400
7  San Francisco, CA 94104
   Telephone: (415) 633-1908
8  Facsimile:  (415) 358-4980

9  *Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>(Assigned to the Honorable Jeffrey S. White)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION COMPLETION** |

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("DEFENDANT") hereby enter the following Joint Stipulation and [Proposed] Order Regarding Mediation Completion ("Order") in the above-captioned proceeding:

WHEREAS on January 12, 2010 the parties held a telephonic meet and confer conference regarding issues relating to mediation in the above entitled action. During the meet and confer conference both PLAINTIFFS and DEFENDANT expressed their desire to utilize the services of a mutually acceptable *private mediator* to mediate this class action lawsuit.

WHEREAS the Stipulation and Order Selecting ADR Process (Docket No. 53) entered by the Court on September 10, 2009, provides that the mediation completion date in this case is within six (6) months after Defendant Acer America Corporation's Answer to Plaintiff's First Amended Class Action Complaint (Docket No. 60) filed on October 1, 2009.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The parties will meet and confer in order to designate a mutually acceptable private mediator in the above entitled action within thirty (30) days of the entry of this Order by the Court. If the parties are unable to agree to a mutually acceptable mediator within the allotted time period, they will attend a mediation with the Court assigned mediator, Michael A. Duncheon.

2. The mediation completion date in this action shall be April 1, 2010, pursuant to the Stipulation and Order Selecting ADR Process (Docket No. 53).

**IT IS SO STIPULATED**

DATED: January 12, 2010

_____
Chad Stegeman (225745)
cstegeman@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

James J. Scheske
jscheske@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
5300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DATED: January 12, 2010

_____
Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Richard S. Lewis
rlewis@hausefeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcollidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-409
Facsimile: (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: __March 5, 2010__

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT

809257.1

3

CV-09-01314 JSW

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY