DANIEL L. WARSHAW (SBN 185365)
(dwarshaw@pswplaw.com)
BOBBY POUYA (SBN 245527)
(bpouya@pswplaw.com)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class*

CHAD A. STEGEMAN (SBN 225745)
(cstegeman@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:   (415) 765-9500
Facsimile:   (415) 765-9501

JAMES J. SCHESKE (*admitted pro hac vice*)
(jscheske@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone:   (512) 499-6200
Facsimile:   (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | Case No. CV 09 1314 JSW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEDIATION COMPLETION DATE** |

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("DEFENDANT") hereby enter the following Joint Stipulation and [Proposed] Order Regarding Plaintiffs' Motion for Class Certification and Mediation Completion Date

("Order") in the above-captioned proceeding:

WHEREAS the current briefing schedule requires for PLAINTIFFS to file their Motion for Class Certification on April 21, 2010, DEFENDANT to file its Opposition to PLAINTIFFS' Motion for Class Certification on June 21, 2010; PLAINTIFFS to file their Reply to DEFENDANT'S Opposition on July 21, 2010;

WHEREAS since entering into the aforementioned briefing schedule the parties have exchanged discovery requests, scheduled depositions, met and conferred regarding DEFENDANT'S responses and worked diligently in order to complete the discovery necessary to file and oppose PLAINTIFFS' Motion for Class Certification.

WHEREAS despite the parties best efforts to complete the discovery necessary for PLAINTIFFS' Motion for Class Certification, the following items are still pending completion: (1) DEFENDANT'S search and production of all relevant documents requested by PLAINTIFFS; (2) the production of documents in the possession, custody or control of the Taiwanese corporation Acer, Inc.; (3) the production of documents subpoenaed by PLAINTIFFS from Microsoft Corporation; (4) the production of documents to be subpoenaed from EMI; and (5) the deposition of DEFENDANTS' designated witnesses pursuant to Fed. R. Civ. Proc. 30(b)(6). The parties have tentatively scheduled that all of the aforementioned discovery be completed in May 2010, subject to the trial schedule of defense counsel.

WHEREAS pursuant to the parties' meet and confer discussions, the parties agree that this case is not ripe for settlement via mediation prior to the outcome of PLAINTIFFS' Motion for Class Certification. The parties have reached an impasse concerning the merits of PLAINTIFFS' claims and do not think mediation would be valuable at this time.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. PLAINTIFFS' Motion for Class Certification shall be filed on July 22, 2010;

2. DEFENDANT'S Opposition to PLAINTIFFS' Motion for Class Certification shall be filed on September 21, 2010;

3. PLAINTIFFS' Reply to DEFENDANT'S Opposition to PLAINTIFFS' Motion for

Class Certification shall be filed on October 21, 2010;

4. The hearing date on PLAINTIFFS' Motion for Class Certification shall be set for Friday, November 19, 2010 at 9:00 a.m. or as soon thereafter at this matter may be heard.

5. The mediation completion date in the above-entitled action shall be reset at the hearing regarding PLAINTIFFS' Motion for Class Certification.

**IT IS SO STIPULATED**

DATED: April 13, 2010

/s/_____
Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

Richard S. Lewis
rlewis@hausefeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-409
Facsimile: (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | DATED:  April 13, 2010 | /s/ |
| 2 | | Chad Stegeman (225745)<br>cstegeman@akingump.com |
| | | **Akin Gump Strauss Hauer & Feld LLP** |
| 3 | | 580 California Street, Suite 1500<br>San Francisco, CA 94104 |
| 4 | | Telephone:  (415) 765-9500<br>Facsimile:  (415) 765-9501 |

James J. Scheske
jscheske@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone:  (512) 499-6200
Facsimile:  (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

The motion for class certification shall be heard on December 10, 2010 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 15, 2010

/s/ Jeffrey S. White
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT

---

812959.1
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND MEDIATION COMPLETION DATE              CV-09-1314 JSW

4