| | |
|---|---|
| 1 | DANIEL L. WARSHAW (SBN 185365) |
| | (dwarshaw@pswplaw.com) |
| 2 | **PEARSON, SIMON, WARSHAW & PENNY, LLP** |
| | 15165 Ventura Boulevard, Suite 400 |
| 3 | Sherman Oaks, California 91403 |
| | Telephone: (818) 788-8300 |
| 4 | Facsimile: (818) 788-8104 |

*Attorneys for Plaintiffs and the Proposed Class,*
*Additional Counsel Listed on Signature Page*

CHAD A. STEGEMAN (SBN 225745)
(cstegeman@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

JAMES J. SCHESKE (*admitted pro hac vice*)
(jscheske@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | Case No. CV 09 1314 JSW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("DEFENDANT") hereby enter the following Joint Stipulation and [Proposed] Order Regarding Plaintiffs' Motion for Class Certification ("Order") in the above-captioned proceeding:

1  WHEREAS on April 15, 2010 the Court entered an Order Regarding Plaintiffs' Motion for Class Certification and Mediation Completion Date ("Continuance Order"). *See* Docket No. 78. The current briefing schedule pursuant to the Continuance Order requires PLAINTIFFS to file their Motion for Class Certification on July 22, 2010, DEFENDANT to file its Opposition to PLAINTIFFS' Motion for Class Certification on September 21, 2010; PLAINTIFFS to file their Reply to DEFENDANT'S Opposition on October 21, 2010, and sets the hearing for PLAINTIFFS' Motion for Class Certification on Friday, December 10, 2010 at 9:00 a.m.;

WHEREAS at the time of the Continuance Order the parties tentatively scheduled the following discovery to be completed in May 2010: (1) DEFENDANT'S search and production of all relevant documents requested by PLAINTIFFS; (2) the production of documents in the possession, custody or control of the Taiwanese corporation Acer, Inc.; and (3) the production of documents subpoenaed by PLAINTIFFS from Microsoft Corporation;

WHEREAS since entry of the Continuance Order, all of the aforementioned discovery is not yet complete and some of those items are the subject of ongoing meet and confers;

WHEREAS, since entry of the Continuance Order, DEFENDANT has produced additional documents and electronically stored information; DEFENDANT has responded to the written discovery propounded by PLAINTIFFS; PLAINTIFFS have taken the depositions of two (2) of DEFENDANT'S F.R.C.P. 30(b)(6) designees in Austin, Texas and San Francisco, California; PLAINTIFFS issued a subpoena duces tecum and received an initial document production from Microsoft Corporation consisting of 363 pages; PLAINTIFFS have taken the deposition of Microsoft Corporation's designee in Bellevue, Washington; DEFENDANT has taken the depositions of the PLAINTIFFS in Fostoria, Ohio; and the parties met and conferred numerous times regarding outstanding issues relating to the DEFENDANT'S document production;

WHEREAS after several discussions, the parties have been able to resolve some discovery disputes and DEFENDANT is in the process of reviewing and producing additional materials and scheduling additional depositions;

WHEREAS the parties have been unable to resolve some outstanding issues concerning

1  DEFENDANT'S production of documents to PLAINTIFFS and the parties intend to have an in person
2  meet and confer conference and, if necessary, file a joint letter regarding the discovery disputes
3  pursuant to this Court's Civil Standing Order Number 7;

4     WHEREAS the documents produced by Microsoft Corporation in response to PLAINTIFFS'
5  subpoena were extremely limited requiring the initiation of another meet and confer process to obtain
6  the requested documents. Furthermore, PLAINTIFFS contend that the witness produced by Microsoft
7  Corporation on July 2, 2010, was not prepared to testify regarding all subjects as noticed and are
8  working with counsel for Microsoft Corporation to produce an additional witness and serve an
9  additional subpoena; and

10     WHEREAS pursuant to the parties' meet and confer discussions, the parties agree that
11  PLAINTIFFS' Motion for Class Certification should again be continued pending resolution of the
12  aforementioned discovery issues.

13     THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

14     1.    PLAINTIFFS' Motion for Class Certification shall be filed on October 18, 2010;

15     2.    DEFENDANT'S Opposition to PLAINTIFFS' Motion for Class Certification shall
16  be filed on December 17 , 2010;

17     3.    PLAINTIFFS' Reply to DEFENDANT'S Opposition to PLAINTIFFS' Motion for
18  Class Certification shall be filed on January 31, 2011

19     4.    The hearing date on PLAINTIFFS' Motion for Class Certification shall be set for
20  Friday, __February 15, 2011___ at 9:00 a.m. or as soon thereafter at this matter may be heard.

21  **IT IS SO STIPULATED**

22  DATED: July 7, 2010      /s/_____
                                                                           Daniel L. Warshaw (185365)
23                                                                            dwarshaw@pswplaw.com
                                                                           Bobby Pouya (245527)
24                                                                            bpouya@pswplaw.com
                                                                           **Pearson, Simon, Warshaw & Penny, LLP**
25                                                                            15165 Ventura Boulevard, Suite 400
                                                                           Sherman Oaks, CA 91403
26                                                                            Telephone: (818) 788-8300
                                                                           Facsimile: (818) 788-8104
27
28

|  |  |
|---|---|
| 1 | Michael P. Lehmann (77152) |
|  | mlehmann@hausfeldllp.com |
| 2 | **Hausfeld, LLP** |
|  | 44 Montgomery Street, Suite 3400 |
| 3 | San Francisco, CA 94104 |
|  | Telephone: (415) 633-1908 |
| 4 | Facsimile: (415) 693-0770 |

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

Richard S. Lewis
rlewis@hausefeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-409
Facsimile: (440) 244-3462

Pursuant to General Order 45, I, Daniel L. Warshaw attest that Chad Stegeman has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth below.

*Attorneys for Plaintiffs and the Proposed Class*

816181.2

4

CV 09 1314 JSW

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

DATED: July 7, 2010  /s/
Chad Stegeman (225745)
cstegeman@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

James J. Scheske
jscheske@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 9, 2010__  __/s/ Jeffrey S. White__
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT