1  DANIEL L. WARSHAW (Bar No. 185365)
   dwarshaw@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   15165 Ventura Boulevard, Suite 400
3  Sherman Oaks, CA 91403
   Telephone: (818) 788-8300
4  Facsimile: (818) 788-8104

5  *Attorneys for Plaintiffs and the Proposed Class,*
   *Additional Counsel Listed on Signature Page*

6
7  CHAD A. STEGEMAN (SBN 225745)
   (cstegeman@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
8  580 California Street, Suite 1500
   San Francisco, California 94104
9  Telephone:   (415) 765-9500
   Facsimile:   (415) 765-9501

10
11 JAMES J. SCHESKE (*admitted pro hac vice*)
   (jscheske@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
12 300 West 6th Street, Suite 2100
   Austin, Texas 78701
13 Telephone:   (512) 499-6200
   Facsimile:   (512) 499-6290

14
   *Attorneys for Defendant Acer America Corporation*

15

16               **UNITED STATES DISTRICT COURT**

17          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated, | CASE NO. CV-09-01314 JSW |
| 20              Plaintiffs, | **CLASS ACTION** |
| 21       vs. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 22  ACER AMERICA CORPORATION, a California corporation, | |
| 23              Defendant. | |

25       Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER

26 AMERICA CORPORATION ("DEFENDANT") hereby enter the following Joint Stipulation and

27 [Proposed] Order Regarding Plaintiffs' Motion for Class Certification ("Order") in the above-

28 captioned proceeding:

WHEREAS the parties agree that Plaintiffs' Motion for Class Certification presents issues of law and fact that require briefing in addition to the fifteen (15) page limit set forth in Civil Standing Order No. 6;

WHEREAS the parties agree that this additional briefing will assist the Court in deciding Plaintiffs' Motion for Class Certification;

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. PLAINTIFFS' shall have up to twenty-five (25) pages exclusive of title pages, indices of cases, table of contents, exhibits, notice of motion and summaries of argument to brief Motion for Class Certification;

2. DEFENDANT shall have up to twenty-five (25) pages exclusive of title pages, indices of cases, table of contents, exhibits, notice of motion and summaries of argument to brief their Opposition to PLAINTIFFS' Motion for Class Certification;

3. PLAINTIFFS' shall have up to fifteen pages (15) exclusive of title pages, indices of cases, table of contents, exhibits, notice of motion and summaries of argument to brief their Reply to DEFENDANT'S Opposition to PLAINTIFFS' Motion for Class Certification.

**IT IS SO STIPULATED**

DATED: October 8, 2010     /s/
Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

James J. Pizzirusso
jpizzirusso@hausfeldllp.com

819470.1     2     CV-09-01314 JSW
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

|   |   |
|---|---|
| 1 | Melinda Coolidge |
|   | mcoolidge@hausfeldllp.com |
| 2 | **Hausfeld, LLP** |
|   | 1700 K Street NW |
| 3 | Washington, DC 20006 |
|   | Telephone: (202) 540-7200 |
| 4 | Facsimile: (202) 540-7201 |

Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-409
Facsimile: (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

Pursuant to General Order 45, I, Daniel L. Warshaw, attest that Chad Stegeman has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth below.

DATED: October 8, 2010                /s/_____
                                      Chad Stegeman (225745)
                                      cstegeman@akingump.com
                                      **Akin Gump Strauss Hauer & Feld LLP**
                                      580 California Street, Suite 1500
                                      San Francisco, CA 94104
                                      Telephone: (415) 765-9500
                                      Facsimile: (415) 765-9501

                                      James J. Scheske
                                      jscheske@akingump.com
                                      **Akin Gump Strauss Hauer & Feld LLP**
                                      300 West 6th Street, Suite 2100
                                      Austin, TX 78701
                                      Telephone: (512) 499-6200
                                      Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 13, 2010                _____
                                       Honorable Jeffrey S. White
                                       UNITED STATES DISTRICT COURT

819470.1                                       3                              CV-09-01314 JSW
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION