DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswplaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

MICHAEL P. LEHMANN (Bar No. 77152)
mlehmann@hausfeldllp.com
**HAUSFELD, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile:  (415) 358-4980

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>(Assigned to the Honorable Jeffrey S. White)<br><br>**CLASS ACTION**<br><br>AMENDED **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Complaint Filed: March 25, 2009]<br><br>Trial Date:            None |

Plaintiffs LAURA and CLAY WOLPH ("Plaintiffs") and Defendant ACER AMERICA CORPORATION ("Defendant") hereby enter into the following Joint Stipulation and [Proposed] Order regarding Plaintiffs' motion for class certification ("Order") in the above-captioned proceeding:

WHEREAS, on July 9, 2010, pursuant to a previous stipulation and order (Docket No. 81), the Court set the following schedule regarding Plaintiffs' motion for class certification:

1. • Plaintiffs' motion for class certification shall be filed on October 18, 2010;
2. • Defendant's opposition to Plaintiffs' motion for class certification shall be filed on December 17, 2010;
3. • Plaintiffs' reply to Defendant's opposition to Plaintiffs' motion for class certification shall be filed on January 31, 2011; and
4. • The hearing date on Plaintiffs' motion for class certification is set for February 15, 2011 at 9:00 a.m.

WHEREAS, Plaintiffs recently discovered that an unrelated class action against Acer America Corporation is pending in the Northern District entitled *Embry v. Acer America Corporation*, Case No. 09-CV-01808. Plaintiffs believe the Declaration of Mark Groveunder filed by Acer in the *Embry* matter may lead Plaintiffs to discover potentially relevant documents relating to class certification. See, Declaration of Mark Groveunder in *Embry v. Acer America Corp.*, Docket No. 83-2. Acer does not believe there are additional documents relevant to class certification, but has agreed to search for six broad categories of subject matter provided by Plaintiffs, and to produce Mr. Groveunder for deposition if necessary. Acer estimates that it will take approximately two weeks to gather and produce the aforementioned documents to Plaintiffs. The parties anticipate setting the Groveunder deposition shortly after the production of documents.

WHEREAS, Plaintiffs set the deposition of Kevin Chang for October 8, 2010, and later requested that Mr. Chang, who is located in Taiwan, respond under oath to written questions in lieu of the deposition. Mr. Chang agreed to respond to the written questions. Plaintiffs believe the responses may be relevant to class certification.

WHEREAS, counsel for Acer in the *Wolph* matter[1] has agreed to obtain and produce these documents on an expedited basis. Further, Acer has stipulated to the deposition of Kevin Chang, an employee of Acer, Inc. via written questions. Acer estimates that the written responses will be served by October 27, 2010.

---

[1] Akin Gump Strauss Hauer & Feld LLP does not represent Acer America Corporation in the *Embry* matter.

1   WHEREAS, pursuant to the parties' meet and confer discussions, the parties agree that Plaintiffs' motion for class certification should again be continued for approximately one month pending the production of documents from Acer and responses to the written deposition of Kevin Chang of Acer, Inc.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' motion for class certification shall be filed on November 22, 2010;

2. Defendant's opposition to Plaintiffs' motion for class certification shall be filed on January 24, 2011;

3. Plaintiffs' reply to Defendant's opposition to Plaintiffs' motion for class certification shall be filed on ~~March 7,~~ February 25, 2011; and

4. The hearing date on Plaintiffs' motion for class certification shall be set for Friday, March 18, ~~2010~~ 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard.

**IT IS SO STIPULATED.**

DATED: October 14, 2010            /s/
                                   Daniel L. Warshaw (185365)
                                   dwarshaw@pswplaw.com
                                   Bobby Pouya (245527)
                                   bpouya@pswplaw.com
                                   **Pearson, Simon, Warshaw & Penny, LLP**
                                   15165 Ventura Boulevard, Suite 400
                                   Sherman Oaks, CA 91403
                                   Telephone: (818) 788-8300
                                   Facsimile: (818) 788-8104

                                   Michael P. Lehmann (77152)
                                   mlehmann@hausfeldllp.com
                                   **Hausfeld, LLP**
                                   44 Montgomery Street, Suite 3400
                                   San Francisco, CA 94104
                                   Telephone: (415) 633-1908
                                   Facsimile: (415) 693-0770

                                   Richard S. Lewis
                                   rlewis@hausefeldllp.com
                                   James J. Pizzirusso
                                   jpizzirusso@hausfeldllp.com
                                   Melinda Coolidge
                                   mcollidge@hausfeldllp.com

**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-4809
Facsimile: (440) 244-3462

Pursuant to General Order 45, I, Daniel L. Warshaw attest that Chad Stegeman has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth below.

*Attorneys for Plaintiffs and the Proposed Class*

DATED: October 14, 2010

/s/
Chad Stegeman (225745)
cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

James J. Scheske
jscheske@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __October 15____, 2010

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT