CHAD A. STEGEMAN (SBN 225745)
(cstegeman@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

JAMES J. SCHESKE (*admitted pro hac vice*)
(jscheske@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
5300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Attorneys for Defendant Acer America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | Case No. CV 09 1314 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: March 25, 2009 |

1  Plaintiffs LAURA AND CLAY WOLPH ("Plaintiffs") and Defendant ACER AMERICA
2  CORPORATION ("Defendant") hereby enter into the following Joint Stipulation and [Proposed]
3  Order regarding the briefing schedule for Plaintiffs' motion for class certification in the above-
4  captioned proceeding:

5  WHEREAS, Plaintiffs filed their Motion for Class Certification on November 22, 2010, in
6  which they included two expert declarations;

7  WHEREAS, Defendant subsequently requested available dates for Plaintiffs' experts to submit
8  to depositions;

9  WHEREAS, counsel for Plaintiffs indicated on December 9, 2010, that neither expert would be
10 available for deposition before January 17, 2010;

11 WHEREAS, pursuant to a previous stipulation and order (Docket No. 91), Defendant's
12 opposition to the motion for class certification is due to be filed January 24, 2010;

13 WHEREAS, pursuant to the parties' meet and confer discussions, the parties agree that given
14 the experts' unavailability, the briefing schedule for the motion for class certification should be
15 modified to allow Defendant adequate time to depose Plaintiffs' experts and prepare its opposition;

16 THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

17 1.  Defendant's opposition to Plaintiffs' motion for class certification shall be filed on
18 January 31, 2011;

19 2.  Plaintiffs' reply to Defendant's opposition to Plaintiffs' motion for class certification
20 shall be filed on February 28, 2011; and

21 3.  The hearing date on Plaintiffs' motion for class certification shall remain the same:
22 March 18, at 9:00 a.m.

23 IT IS SO STIPULATED.

1

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR
MOTION FOR CLASS CERTIFICATION                                          CV-09-1314 JSW

DATED:  December 10, 2010

                                      /s/
Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile:  (415) 693-0770

Richard S. Lewis
rlewis@hausefeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcollidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com

**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-4809
Facsimile:  (440) 244-3462

    Pursuant to General Order 45, I, Chad Stegeman attest that Daniel L. Warshaw has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth above.

2

JOINT STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE FOR
MOTION FOR CLASS CERTIFICATION                                          CV-09-1314 JSW

DATED: _December 10, 2010

/s/
Chad Stegeman (225745)
cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

James J. Scheske
jscheske@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __December 14__, 2010

_____
Jeffrey S. White
District Court Judge

I.

---

3

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR
MOTION FOR CLASS CERTIFICATION                                       CV-09-1314 JSW