DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JAMES J. PIZZIRUSSO (admitted pro hac vice)
  jpizzirusso@hausfeldllp.com
**HAUSFELD, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

*[Additional Plaintiffs Counsel Listed on Signature Page]*
Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>(Assigned to the Honorable Jeffrey S. White)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**<br><br>[Complaint Filed: March 25, 2009] |

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("DEFENDANT") hereby enter into the following Joint Stipulation and [Proposed] Order regarding the briefing schedule for PLAINTIFFS' Motion for Class Certification in the above-captioned matter:

WHEREAS, PLAINTIFFS filed their motion for class certification on November 22, 2010, in which they included two expert declarations;

WHEREAS, DEFENDANT noticed the deposition of PLAINTIFFS' expert Ronald Alepin

1  for January 17, 2011;

2      WHEREAS, PLAINTIFFS' counsel learned that Mr. Alepin became ill while traveling and

3  has lost his voice;

4      WHEREAS, counsel for the parties met and conferred and agreed to continue Mr. Alepin's

5  deposition to February 7, 2011;

6      WHEREAS, the parties further met and conferred and agreed to continue the filing date for

7  DEFENDANT's opposition to PLAINTIFFS' motion for class certification and PLAINTIFFS'

8  reply to the same and propose the following schedule:

| | Original Date | Proposed New Date |
|---|---|---|
| Opposition to Motion for Class Certification | January 31, 2011 | February 22, 2011 |
| Plaintiffs' Reply Brief | February 28, 2011 | March 7, 2011 |

13      WHEREAS, the parties propose that the March 18, 2011, 9:00 a.m. hearing regarding

14  PLAINTIFFS' motion for class certification remain unchanged;

15  **THE PARTIES HEREBY STIPULATE AND AGREE AND FOLLOWS;**

16      1.    DEFENDANT's opposition to PLAINTIFFS' motion for class certification shall be

17  filed on February 22, 2011;

18      2.    PLAINTIFFS' reply to DEFENDANT's opposition to PLAINTIFFS' motion for

19  class certification shall be filed on March 7, 2011; and

20      3.    The hearing date on PLAINTIFFS' motion for class certification shall remain

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

unchanged: March 18, 2011 at 9:00 a.m.

    IT IS SO STIPULATED.

DATED: January 14, 2011                                  /s/
                                                   Daniel L. Warshaw (185365)
                                                   dwarshaw@pswplaw.com
                                                   Bobby Pouya (245527)
                                                   bpouya@pswplaw.com
                                                   **Pearson, Simon, Warshaw & Penny, LLP**
                                                   15165 Ventura Boulevard, Suite 400
                                                   Sherman Oaks, CA 91403
                                                   Telephone: (818) 788-8300
                                                   Facsimile: (818) 788-8104

                                                   James J. Pizzirusso (admitted pro hac vice)
                                                   jpizzirusso@hausfeldllp.com
                                                   Melinda Coolidge (admitted pro hac vice)
                                                   mcollidge@hausfeldllp.com
                                                   **Hausfeld, LLP**
                                                   1700 K Street NW
                                                   Washington, DC 20006
                                                   Telephone: (202) 540-7200
                                                   Facsimile: (202) 540-7201

                                                   Michael P. Lehmann (77152)
                                                   mlehmann@hausfeldllp.com
                                                   **Hausfeld, LLP**
                                                   44 Montgomery Street, Suite 3400
                                                   San Francisco, CA 94104
                                                   Telephone: (415) 633-1908
                                                   Facsimile: (415) 693-0770

                                                   Jori Bloom Naegele (admitted pro hac vice)
                                                   jbnaegele@gmail.com
                                                   Robert D. Gary (admitted pro hac vice)
                                                   rdgary@gmail.com
                                                   **Gary, Naegele & Theado, LLC**
                                                   446 Broadway Avenue
                                                   Lorain, OH 44052
                                                   Telephone: (440) 244-4809
                                                   Facsimile: (440) 244-3462

                                                   *Attorneys for Plaintiffs and the Proposed Class*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DATED: January 14, 2011

**AKIN GUMP STRAUSS HAUER & FELD LLP**
JAMES J. SCHESKE
CHAD A. STEGEMAN
DAVID C. LAWRENCE

By: _____/s/_____
DAVID C. LAWRENCE
Attorneys for Defendant Acer America Corporation

Pursuant to General Order 45, I, Daniel Warshaw, attest that David C. Lawrence provided his authority and concurrence to file the instant document and place his electronic signature on the document set forth above.

## ORDER

**PURSUANT TO STIPULATION, AS MODIFIED BY THE COURT, IT IS HEREBY ORDERED THAT**

DEFENDANT's opposition to PLAINTIFFS' motion for class certification shall be filed on February 22, 2011;

PLAINTIFFS' reply to DEFENDANT's opposition to PLAINTIFFS' motion for class certification shall be filed on March 7, 2011; and

The hearing date on PLAINTIFFS' motion for class certification is continued from March 18, 2011, to March 25, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: January 17, 2011

_____
Jeffrey S. White,
Judge, United States District Court