DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class,
Additional Counsel Listed on Signature Page*

CHAD A. STEGEMAN (SBN 225745)
(cstegeman@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:   (415) 765-9500
Facsimile:     (415) 765-9501

JAMES J. SCHESKE (*admitted pro hac vice*)
(jscheske@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone:   (512) 499-6200
Facsimile:     (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON THE HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ALAN JAY SMITH, PH.D. [LOCAL RULE 6-2]** |

824422.1

CV-09-01314 JSW

JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON THE HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF ALAN JAY SMITH, PH.D. [LOCAL RULE 6-2]

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("DEFENDANT") hereby enter the following Joint Stipulation and [Proposed] Order to Shorten Time on the Hearing Date and Briefing Schedule Regarding Plaintiffs' Motion to Strike Testimony of Alan Jay Smith, Ph.D. ("Motion to Strike"):

WHEREAS PLAINTIFFS' Motion to Strike arises out of the Declaration of Alan Jay Smith, Ph.D. in Support of Opposition to Plaintiffs' Motion for Class Certification submitted on February 22, 2011 and the Deposition of Jay Smith, Ph.D. taken on March 1, 2011;

WHEREAS the non-expedited hearing date for Plaintiffs' Motion to Strike would be on April 11, 2011, currently beyond the scheduled hearing on the Motion for Class Certification on March 25, 2011;

WHEREAS the parties stipulate and agree that Plaintiffs' Motion to Strike is relevant to Plaintiffs' Motion for Class Certification and should be considered concurrently with Plaintiffs' Motion for Class Certification;

WHEREAS this request for an order shortening time will not have any effect on the schedule for the case, as a trial date has not been set in this matter;

WHEREAS Plaintiffs' Motion to Strike does not arise out of and is not related to the previous time modifications in this case, whether by stipulation or Court Order, which include the following:

 a. Joint Stipulation filed on July 8, 2010 (Doc. 80) and Order filed on July 9, 2010 (Doc. 81);

 b. Joint Stipulation filed on October 14, 2010 (Doc. 91); Order filed on October 15, 2010 (Doc. 92); and Amended Order filed on October 15, 2010 (Doc. 93);

 c. Joint Stipulation filed on December 10, 2010 (Doc. 105) and Order filed on December 14, 2010 (Doc. 106); and

 d. Joint Stipulation filed on January 14, 2011 (Doc. 107) and Order filed on January 18, 2011 (Doc. 108).

PURSUANT TO LOCAL RULE 6-2 THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. PLAINTIFFS' shall file their Motion to Strike Testimony of Alan Jay Smith, Ph.D. on March 7, 2011;

2. DEFENDANT'S Response to Plaintiffs' Motion to Strike the Testimony of Alan Jay Smith, Ph.D. shall be filed on or before March 15, 2011;

3. PLAINTIFFS' Reply in Support of Their Motion to Strike the Testimony of Alan Jay Smith, Ph.D. shall be filed on or before March 18, 2011; and

4. The hearing on Plaintiffs' Motion to Strike the Testimony of Alan Jay Smith will be heard on March 25, 2011, at 9:00 a.m., in conjunction with the hearing on Plaintiffs' Motion of Class Certification.

**IT IS SO STIPULATED**

DATED: March 7, 2011

/s/
Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone:  (440) 244-409
Facsimile:  (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

Pursuant to General Order 45, I, Daniel L. Warshaw, attest that Chad Stegeman has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth below.

DATED:  March 7, 2011         /s/_____
Chad Stegeman (225745)
cstegeman@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  (415) 765-9500
Facsimile:  (415) 765-9501

James J. Scheske
jscheske@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone:  (512) 499-6200
Facsimile:  (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 8, 2011                    _____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403