IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ACER AMERICA CORPORATION,

Defendant.

No. C 09-01314 JSW

**ORDER VACATING HEARING**

The motion for class certification and motion to strike testimony filed by Plaintiffs are currently set for hearing on March 25, 2011 at 9:00 a.m. This matters are now fully briefed and ripe for decision. The Court finds that the matters are appropriate for disposition without oral argument and are deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for March 25, 2011 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE