DANIEL L. WARSHAW (Bar No. 185365)
(dwarshaw@pswplaw.com)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class, Additional Counsel Listed on Signature Page*

AMIT A. KURLEKAR (SBN 244230)
(akurlekar@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

JAMES J. SCHESKE (*admitted pro hac vice*)
(jscheske@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE TO SUBMIT PROPOSED PLAN FOR NOTICE TO THE CLASS** |

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("DEFENDANT") hereby enter the following Joint Stipulation and [Proposed] Order Regarding Deadline to Submit Proposed Plan for Notice to the Class:

WHEREAS the May 12, 2011, Joint Stipulation and Order Regarding Defendant's Motion to Stay (Docket No. 138), required PLAINTIFFS to submit a proposed Notice Plan within 30 days of the denial of DEFENDANT'S Federal Rule of Civil Procedure ("Rule") 23(f) Petition;

WHEREAS DEFENDANT'S Rule 23(f) Petition was denied on June 28, 2011 (Docket No. 140);

WHEREAS on July 8, 2011, DEFENDANT filed a Motion for Leave to File Motion to Reconsider Class Certification in Light of Supreme Court's Decision in *Wal-Mart v. Dukes* ("Motion for Leave") (Docket No. 142);

WHEREAS PLAINTIFFS will oppose DEFENDANT'S Motion to Reconsider Class Certification, if necessary;

WHEREAS nevertheless the parties agree that submission of a proposed Notice Plan should be continued until after the Court renders a decision on the Motion for Leave and Motion to Reconsider Class Certification.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. PLAINTIFFS' deadline to submit a proposed Notice Plan to the Class is continued until 30 days after the resolution of DEFENDANT'S Motion for Leave or Motion to Reconsider Class Certification.

**IT IS SO STIPULATED**

DATED: July 26, 2011

/s/

Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
Thomas R. Theado
tomtheado@aol.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-4809
Facsimile: (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Pursuant to General Order 45, I, Daniel L. Warshaw, attest that James J. Scheske has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth below.

DATED: July 26, 2011

/s/
James J. Scheske
jscheske@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Amit A. Kurlekar
akurlekar@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 27, 2011

Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT