| | |
|---|---|
| 1 | DANIEL L. WARSHAW (SBN 185365)<br>(dwarshaw@pswplaw.com) |
| 2 | BOBBY POUYA (SBN 245527)<br>(bpouya@pswplaw.com) |
| 3 | **PEARSON, SIMON, WARSHAW & PENNY, LLP**<br>15165 Ventura Boulevard, Suite 400 |
| 4 | Sherman Oaks, California 91403<br>Telephone: (818) 788-8300 |
| 5 | Facsimile: (818) 788-8104 |
| 6 | *Attorneys for Plaintiffs and the Proposed Class* |
| 7 | AMIT KURLEKAR (SBN 244230)<br>(akurlekar@akingump.com) |
| 8 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, Suite 1500 |
| 9 | San Francisco, California 94104<br>Telephone: (415) 765-9500 |
| 10 | Facsimile: (415) 765-9501 |
| 11 | JAMES J. SCHESKE (*admitted pro hac vice*)<br>(jscheske@akingump.com) |
| 12 | DAVID C. LAWRENCE (*admitted pro hac vice*)<br>(dlawrence@akingump.com) |
| 13 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>300 West 6th Street, Suite 2100 |
| 14 | Austin, Texas 78701<br>Telephone: (512) 499-6200 |
| 15 | Facsimile: (512) 499-6290 |
| 16 | *Attorneys for Defendant Acer America Corporation* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 19 | LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated, | Case No. CV 09 1314 JSW |
| | | CLASS ACTION |
| 20 | Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO RECONSIDER CLASS CERTIFICATION IN LIGHT OF SUPREME COURT'S DECISION IN *WAL-MART V. DUKES*** |
| 21 | v. | |
| 22 | ACER AMERICA CORPORATION, a California corporation, | |
| 23 | Defendant. | Complaint Filed: March 25, 2009<br>Trial Date: None |
| 24 | | Hearing: March 30, 2012 |
| 25 | | Time: 9:00 a.m. |
| 26 | | Courtroom 11, 19th Floor |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANT'S MOTION TO RECONSIDER CLASS CERTIFICATION
IN LIGHT OF SUPREME COURT'S DECISION IN *WAL-MART V. DUKES*                                    CV-09-1314 JSW

1   Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA
2   CORPORATION ("Acer America") hereby enter the following Joint Stipulation and [Proposed]
3   Order Regarding Acer America's Motion to Reconsider Class Certification in Light of Supreme
4   Court's Decision in *Wal-Mart v. Dukes* ("Motion to Reconsider") (Docket No. 148) in the above-
5   captioned proceeding:
6   WHEREAS on November 28, 2011, the Court entered an Order granting Acer America
7   leave to file its proposed motion to reconsider (Docket No. 147);
8   WHEREAS on December 9, 2011, Acer America filed its Motion to Reconsider;
9   WHEREAS on December 9, 2011, the Court set Acer America's Motion to Reconsider for
10  hearing on March 30, 2012;
11  WHEREAS on December 23, 2011, Plaintiffs filed their Opposition to Defendant's Motion
12  to Reconsider Class Certification in Light of Supreme Court's Decision in *Wal-Mart v. Dukes*
13  ("Opposition") (Docket No. 149);
14  WHEREAS the deadline for Acer America to file a Reply to Plaintiffs' Opposition is
15  December 30, 2011;
16  WHEREAS Plaintiffs and Acer America agree that the deadline for Acer America to file a
17  Reply to Plaintiffs' Opposition should be extended to January 6, 2012;
18  THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
19  1.  The deadline for Acer America to file a Reply to Plaintiffs' Opposition shall be
20  extended to January 6, 2012.
21  **IT IS SO STIPULATED**

| | |
|---|---|
| 1  DATED: December 30, 2011 | /s/ *Daniel L. Warshaw* |
| 2 | Daniel L. Warshaw (185365) |
|   | dwarshaw@pswplaw.com |
|   | Bobby Pouya (245527) |
| 3 | bpouya@pswplaw.com |
|   | **Pearson, Simon, Warshaw & Penny, LLP** |
| 4 | 15165 Ventura Boulevard, Suite 400 |
|   | Sherman Oaks, CA 91403 |
| 5 | Telephone: (818) 788-8300 |
|   | Facsimile: (818) 788-8104 |

1    DATED: December 30, 2011      /s/ *Daniel L. Warshaw*

Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

Richard S. Lewis
rlewis@hausefeldllp.com
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone: (440) 244-409
Facsimile: (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | DATED: December 30, 2010 | /s/ Amit Kurlekar |
| 2 | | Amit Kurlekar (244230)<br>akurlekar@akingump.com |
| 3 | | **Akin Gump Strauss Hauer & Feld LLP**<br>580 California Street, Suite 1500 |
| 4 | | San Francisco, CA 94104<br>Telephone: (415) 765-9500 |
| 5 | | Facsimile: (415) 765-9501 |
| 6 | | James J. Scheske<br>jscheske@akingump.com |
| 7 | | David C. Lawrence<br>dlawrence@akingump.com |
| 8 | | **Akin Gump Strauss Hauer & Feld LLP**<br>300 West 6th Street, Suite 2100 |
| 9 | | Austin, TX 78701<br>Telephone: (512) 499-6200<br>Facsimile: (512) 499-6290 |
| 10 | | |
| 11 | | *Attorneys for Defendant Acer America Corporation* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 3, 2012

/s/ Jeffrey S. White
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT

---

4

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
DEFENDANT'S MOTION TO RECONSIDER CLASS CERTIFICATION
IN LIGHT OF SUPREME COURT'S DECISION IN *WAL-MART V. DUKES*    CV-09-1314 JSW