1 | DANIEL L. WARSHAW (Bar No. 185365)
(dwarshaw@pswplaw.com)
2 | **PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
3 | Sherman Oaks, CA 91403
Telephone: (818) 788-8300
4 | Facsimile: (818) 788-8104

5 | *Attorneys for Plaintiffs and the Proposed Class,*
*Additional Counsel Listed on Signature Page*

7 | AMIT A. KURLEKAR (SBN 244230)
(akurlekar@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
8 | 580 California Street, Suite 1500
San Francisco, California 94104
9 | Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501

11 | JAMES J. SCHESKE (*admitted pro hac vice*)
(jscheske@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
12 | 300 West 6th Street, Suite 2100
Austin, Texas 78701
13 | Telephone:  (512) 499-6200
Facsimile:   (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOTICE TO THE CLASS** |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Plaintiffs Lora and Clay Wolph ("Plaintiffs") and Defendant Acer America Corporation ("Defendant") hereby enter the following Joint Stipulation and [Proposed] Order to Continue Notice to the Class:

WHEREAS June 13, 2012 the Court entered an Order Granting Plaintiffs' Class Notice Plan (Docket No. 160) ("Notice Order");

WHEREAS the Notice Order calls for the notice to the class to commence by no later than Friday, July 13, 2012;

WHEREAS the parties are currently engaged in settlement negotiations and seek additional time to attempt to resolve this lawsuit prior to distributing notice to the Class;

WHEREAS the settlement of this class action lawsuit will require notice to the class that supersedes the terms of the Notice Order;

WHEREAS in light of the parties' settlement discussions, proceeding with notice to the class pursuant to the Notice Order is likely to result in undue burden and expense to the parties and confusion to the class members.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.  The deadline to distribute notice to the class and each of the deadlines set forth in the Order Granting Plaintiffs' Class Notice Plan dated June 13, 2012 shall be continued for a period not to exceed thirty (30) days.

**IT IS SO STIPULATED**

DATED: July 10, 2012         */s/ Daniel L. Warshaw*
                             Daniel L. Warshaw (185365)
                             dwarshaw@pswplaw.com
                             Bobby Pouya (245527)
                             bpouya@pswplaw.com
                             **Pearson, Simon, Warshaw & Penny, LLP**
                             15165 Ventura Boulevard, Suite 400
                             Sherman Oaks, CA 91403
                             Telephone: (818) 788-8300
                             Facsimile: (818) 788-8104

                             Michael P. Lehmann (77152)
                             mlehmann@hausfeldllp.com
                             **Hausfeld, LLP**
                             44 Montgomery Street, Suite 3400
                             San Francisco, CA 94104

*(Left margin: PEARSON, SIMON, WARSHAW & PENNY, LLP — 15165 VENTURA BOULEVARD, SUITE 400, SHERMAN OAKS, CALIFORNIA 91403)*

1  
2  Telephone: (415) 633-1908  
　 Facsimile: (415) 693-0770  
3  
　 James J. Pizzirusso  
　 jpizzirusso@hausfeldllp.com  
4  Melinda Coolidge  
　 mcoolidge@hausfeldllp.com  
5  **Hausfeld, LLP**  
　 1700 K Street NW  
6  Washington, DC 20006  
　 Telephone: (202) 540-7200  
7  Facsimile: (202) 540-7201  

8  Jori Bloom Naegele  
　 jbnaegele@gmail.com  
9  Robert D. Gary  
　 rdgary@gmail.com  
10 Thomas R. Theado  
　 tomtheado@aol.com  
11 **Gary, Naegele & Theado, LLC**  
　 446 Broadway Avenue  
12 Lorain, OH 44052  
　 Telephone: (440) 244-4809  
13 Facsimile: (440) 244-3462  

*Attorneys for Plaintiffs and the Proposed Class*

14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Pursuant to General Order 45, I, Daniel L. Warshaw, attest that James J. Scheske has provided his authority and concurrence to file the instant document and place his electronic signature on the document, as set forth below.

DATED: July 10, 2012

/ s/ James J. Scheske
James J. Scheske
jscheske@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
300 West 6th Street, Suite 2100
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Amit A. Kurlekar
akurlekar@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Defendant Acer America Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 11, 2012

/s/ Jeffrey S. White
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT