DANIEL L. WARSHAW (Bar No. 185365)
(dwarshaw@pswplaw.com)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class,
Additional Counsel Listed on Signature Page*

REGINALD D. STEER (SBN 056324)
(rsteer@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:   (415) 765-9500
Facsimile:    (415) 765-9501

DAVID C. LAWRENCE (*admitted pro hac vice*)
(dlawrence@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone:   (512) 499-6200
Facsimile:    (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA AND CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV-09-01314 JSW<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF PROPOSED SETTLEMENT AND [PROPOSED] ORDER TO STAY DEADLINES** |

1    Plaintiffs Lora and Clay Wolph ("Plaintiffs") and Defendant Acer America Corporation
2  ("Defendant") hereby submit the following Joint Notice of Proposed Settlement and [Proposed]
3  Order to Stay Deadlines:
4    WHEREAS on April 30, 2012 the Court entered an Order setting remaining discovery,
5  briefing, and trial dates (Dkt. 158);
6    WHEREAS on July 12, 2012 the Court entered an Order continuing Plaintiffs' obligation
7  to provide notice of class certification to the class ("Continued Notice Order") (Dkt. 162);
8    WHEREAS the Continued Notice Order calls for the notice to the class to commence by
9  Friday, August 10, 2012;
10   WHEREAS the parties have been engaged in extensive settlement negotiations and have
11 reached a settlement agreement in principle regarding class relief and class notice that they hope to
12 submit to the Court for preliminary approval within the next 21 days;
13   WHEREAS the settlement of this class action lawsuit, if approved, will moot the pending
14 deadlines, as well as require notice to the class;
15   WHEREAS in light of the parties' settlement agreement in principle regarding class relief
16 settlement to the class, proceeding with a separate notice with regard to class certification alone
17 would result in undue burden and expense to the parties and confusion to the class members;
18   WHEREAS the parties' settlement agreement in principle regarding class relief and class
19 notice, if approved, would moot any other pending case deadlines.
20   THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
21 1.  The deadline to distribute notice to the class and each of the deadlines set forth in the
22 Order Granting Plaintiffs' Class Notice Plan dated June 13, 2012 (Dkt. 160) and the Minute
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Entry regarding case deadlines (Dkt. 157) shall be continued indefinitely until such time as the Court rules on the parties' Motion for Preliminary Approval of the Settlement Agreement.

**IT IS SO STIPULATED**

DATED:  August 6, 2012    */s/ Daniel L. Warshaw*
Daniel L. Warshaw (185365)
dwarshaw@pswplaw.com
Bobby Pouya (245527)
bpouya@pswplaw.com
**Pearson, Simon, Warshaw & Penny, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

Michael P. Lehmann (77152)
mlehmann@hausfeldllp.com
**Hausfeld, LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 633-1908
Facsimile:  (415) 693-0770

James J. Pizzirusso
jpizzirusso@hausfeldllp.com
Melinda Coolidge
mcoolidge@hausfeldllp.com
**Hausfeld, LLP**
1700 K Street NW
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201

Jori Bloom Naegele
jbnaegele@gmail.com
Robert D. Gary
rdgary@gmail.com
Thomas R. Theado
tomtheado@aol.com
**Gary, Naegele & Theado, LLC**
446 Broadway Avenue
Lorain, OH 44052
Telephone:  (440) 244-4809
Facsimile:  (440) 244-3462

*Attorneys for Plaintiffs and the Proposed Class*

Pursuant to General Order 45, I, Daniel L. Warshaw, attest that David Lawrence has provided his authority and concurrence to file the instant document and place his electronic

1  signature on the document, as set forth below.

2

3  DATED: August 6, 2012         _/ s/ David C. Lawrence_____
                                  David C. Lawrence
4                                 dlawrence@AkinGump.com
                                  **Akin Gump Strauss Hauer & Feld LLP**
5                                 300 West 6th Street, Suite 2100
                                  Austin, TX 78701
6                                 Telephone:  (512) 499-6200
                                  Facsimile:  (512) 499-6290

7                                 Reginald D. Steer
                                  rsteer@akingump.com
8                                 **Akin Gump Strauss Hauer & Feld LLP**
                                  580 California Street, Suite 1500
9                                 San Francisco, CA 94104
                                  Telephone:  (415) 765-9500
10                                Facsimile:  (415) 765-9501

11                                *Attorneys for Defendant Acer America Corporation*

12 The deadlines are HEREBY CONTINUED for eight weeks.  Upon the filing of a motion for preliminary approval of class action settlement, these deadlines will be vacated.

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15 Dated: __August 7, 2012_____          ___/s/ Jeffrey S. White_____
                                            Honorable Jeffrey S. White
16                                          UNITED STATES DISTRICT COURT

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403