IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORA and CLAY WOLPH, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

  v.

ACER AMERICA CORPORATION,

    Defendant.

No. C 09-01314 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On October 4, 2012, the plaintiff filed a Notice of Settlement and advised the Court they anticipated filing a motion for preliminary approval of class action settlement within sixty days. (Docket No. 167.) To date, no motion has been filed and there has been no further action taken in this case since that date. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report by no later than January 16, 2013, advising the Court on the current status of settlement proceedings and when they expect to file a motion for preliminary approval. If a motion for preliminary approval is filed on or before that date, the parties need not file the status report.

**IT IS SO ORDERED.**

Dated: January 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:09-cv-01314-JSW Document168 Filed01/10/13 Page2 of 2