DANIEL L. WARSHAW (SBN 185365)
(dwarshaw@pswplaw.com)
BOBBY POUYA (SBN 245527)
(bpouya@pswplaw.com)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class,*
*Additional Counsel Listed on Signature Page*

REGINALD D. STEER (SBN 056324)
(rsteer@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104
Telephone:   (415) 765-9500
Facsimile:   (415) 765-9501

DAVID C. LAWRENCE (*admitted pro hac vice*)
(dlawrence@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas 78701
Telephone:   (512) 499-6200
Facsimile:   (512) 499-6290

*Attorneys for Defendant Acer America Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORA and CLAY WOLPH, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>ACER AMERICA CORPORATION, a California corporation,<br><br>         Defendant. | Case No. CV 09 1314 JSW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO SUBMIT FURTHER BRIEFING REGARDING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND [PROPOSED] ORDER**<br><br>Complaint Filed: March 25, 2009<br>Trial Date: None<br>Hearing: April 12, 2013<br>Time:  9:00 a.m.<br><br>Courtroom 11 |

1

Plaintiffs LORA AND CLAY WOLPH ("PLAINTIFFS") and Defendant ACER AMERICA CORPORATION ("Acer America") hereby submit the following Joint Request to Extend Deadline to Submit Briefing Regarding Motion for Preliminary Approval of Class Action Settlement (Docket No. 170) ("Joint Request to Extend Deadline") in the above-captioned proceeding:

WHEREAS on January 16, 2013, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") (Docket No. 169);

WHEREAS on February 26, 2013, the Court entered its Order Requiring Further Briefing Regarding Motion for Preliminary Approval of Class Action Settlement and Continuing Hearing ("Order Requiring Further Briefing) (Docket No. 170);

WHEREAS the Court's Order Requiring Further Briefing sets a March 15, 2013, deadline for Plaintiffs to submit further briefing and continued the hearing on Plaintiffs' Motion for Preliminary Approval until April 12, 2013;

WHEREAS Plaintiffs and Defendant have been working diligently to negotiate an amendment to the Settlement Agreement that will hopefully address many, if not all, of the concerns that are raised in the Court's Order Requiring Further Briefing. The parties have made progress in their negotiations and believe they will reach an agreement on an amendment to the Settlement Agreement. However, the parties do not believe they will have a final amendment to the Settlement Agreement in time for Plaintiffs to submit their further briefing on March 15, 2013. The parties therefore respectfully request that the Court grant Plaintiffs one additional week, until March 22, 2013, to submit further briefing regarding the Settlement Agreement.

WHEREAS Plaintiffs and Acer America agree that the deadline for Plaintiffs to submit further briefing regarding the Motion for Preliminary Approval of Class Action Settlement should be extended to March 22, 2013;

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.      The deadline for Plaintiffs to submit further briefing regarding Motion for Preliminary Approval of Class Action Settlement shall be extended to March 22, 2013.

**IT IS SO STIPULATED**

JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO SUBMIT FURTHER BRIEFING
REGARDING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND
[PROPOSED] ORDER                                                     CV-09-1314 JSW

1   DATED:  March 12, 2013                 _____/s/_Daniel L. Warshaw_____

2                                          Daniel L. Warshaw (185365)
                                           dwarshaw@pswplaw.com

3                                          Bobby Pouya (245527)
                                           bpouya@pswplaw.com

4                                          **Pearson, Simon, Warshaw & Penny, LLP**
                                           15165 Ventura Boulevard, Suite 400

5                                          Sherman Oaks, CA 91403
                                           Telephone:  (818) 788-8300

6                                          Facsimile:  (818) 788-8104

7                                          Michael P. Lehmann (77152)
                                           mlehmann@hausfeldllp.com

8                                          **Hausfeld, LLP**
                                           44 Montgomery Street, Suite 3400

9                                          San Francisco, CA 94104
                                           Telephone:  (415) 633-1908

10                                         Facsimile:  (415) 693-0770

11                                         Richard S. Lewis
                                           rlewis@hausefeldllp.com

12                                         James J. Pizzirusso
                                           jpizzirusso@hausfeldllp.com

13                                         Melinda Coolidge
                                           mcoolidge@hausfeldllp.com

14                                         **Hausfeld, LLP**
                                           1700 K Street NW

15                                         Washington, DC 20006
                                           Telephone:  (202) 540-7200

16                                         Facsimile:  (202) 540-7201

17                                         Jori Bloom Naegele
                                           jbnaegele@gmail.com

18                                         Robert D. Gary
                                           rdgary@gmail.com

19                                         **Gary, Naegele & Theado, LLC**
                                           446 Broadway Avenue

20                                         Lorain, OH 44052
                                           Telephone:  (440) 244-409

21                                         Facsimile:  (440) 244-3462

22                                         *Attorneys for Plaintiffs and the Proposed Class*

23

24

25

26

27

28
                                           3

1   DATED:  March 12, 2013                    _____/s/   *David C. Lawrence*

2                                            Reginald D. Steer (056324)
                                             rsteer@akingump.com
3                                            Amit Kurlekar (244230)
                                             akurlekar@akingump.com
4                                            **Akin Gump Strauss Hauer & Feld LLP**
                                             580 California Street, Suite 1500
5                                            San Francisco, CA 94104
                                             Telephone:  (415) 765-9500
6                                            Facsimile:  (415) 765-9501

7                                            David C. Lawrence
                                             dlawrence@akingump.com
8                                            **Akin Gump Strauss Hauer & Feld LLP**
                                             300 West 6th Street, Suite 1900
9                                            Austin, TX 78701
                                             Telephone:  (512) 499-6200
10                                           Facsimile:  (512) 499-6290

11                                           *Attorneys for Defendant Acer America Corporation*

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14  Dated:  March 18, 2013                   _____

15                                           Honorable Jeffrey S. White
                                             UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      4