UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA WOLPH, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACER AMERICA CORPORATION,<br><br>        Defendant. | Case No. 09-cv-01314-JSW<br><br>**ORDER RE MOTION FOR CY PRES DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**<br><br>Re: Dkt. No. 192 |

The parties filed a joint motion for cy pres distribution of residual settlement funds, which the parties noticed for hearing on Friday, August 19, 2016, at 9:00 a.m. The parties represent that the motion is unopposed and suggest that a hearing is unnecessary unless the Court requires a hearing.

The Court has reviewed the motion, supporting documentation, and the record in this action. Any party or non-party that wishes to be heard in response to the motion for cy pres distribution of residual settlement funds shall file a written response to the motion no later than July 11, 2016. If no party opposes the motion or requests a hearing, the Court will take the motion under submission for decision on the papers.

**IT IS SO ORDERED.**

Dated: June 28, 2016

                                                      JEFFREY S. WHITE<br>
                                                      United States District Judge